JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JODHVEER SINGH,

          Petitioner,

     v.

FERETI SEMAIA, et al.,

          Respondents.

Case No. EDCV 26-2198-PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents are ordered to:

1)  Release Petitioner from custody immediately;

2)  Not re-detain Petitioner under 8 U.S.C. § 1226 unless his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community; and

3)  File a notice of compliance no later than **May 13, 2026.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 11, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE